IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                        NO. 06-30004-001

JOHNNY WILLIAM NEAL                                                   DEFENDANT

## ORDER

Before the court is a Motion to Suppress filed by the defendant on July 19, 2006. The court hereby sets a hearing on said motion at **1:30 p.m., Monday, July 24, 2006**.

Also before the court is a Motion for Continuance filed by the defendant on July 19, 2006 and Government's Response to Defendant's Motion to Continue. Given that the Motion for Continuance is premised on the need to hold a suppression hearing, and that such hearing can be accomplished before the scheduled trial, the court hereby denies said motion and sets the trial of this matter to commence at **8:30 a.m., Tuesday, July 25, 2006.**

**IT IS HEREBY ORDERED** this 20th day of July, 2006.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE