IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN SETH SCOTT                                                                PLAINTIFF

V.                                   CIVIL NO. 06-5161

TERRY JONES, ET AL.                                                             DEFENDANTS

### CLERK'S ORDER

TO: SHERIFF, CARROLL COUNTY, AR
CARROLL COUNTY DETENTION
205 HAILEY ROAD
BERRYVILLE, AR 72616

On August 30, 2006, the Court entered an Order directing the United States District Clerk to file the above styled complaint *in forma pauperis*; and directing the Clerk to collect the filing fee of $350.00, pursuant to 28 U.S.C. 1915 as amended by the Prison Litigation Reform Act.

After reviewing the petitioner's Application to Proceed *In Forma Pauperis* it is determined that the petitioner does not have funds to pay an initial partial filing fee. However, the petitioner is required to make monthly payments of 20 percent of the preceding month's income credited to the petitioner's prisoner account until the filing fee is paid in full, pursuant to 28 U.S.C. 1915(b)(2).

IT IS THEREFORE ORDERED that the Sheriff, Carroll County, AR, and all future custodians, shall collect the $350.00 filing fee by collecting monthly payments from the petitioner's prisoner account an amount equal to 20 percent of the preceding month's income credited to the petitioner's prisoner account. These funds should be collected and paid to the Clerk, U. S. District Court, each time the amount in the petitioner's prisoner account exceeds $10.00, until the filing fee is paid in full. Payments may be consolidated

with other petitioner's payments and transmitted by one check with a listing of the petitioner's names and case numbers for which the composite check is made, with payments made no less frequently than monthly. These payments should be made payable to:

> Clerk, U. S. District Court
> P. O. Box 1547
> Fort Smith, Arkansas 72902
> Attn: Gina Rhodes

Dated this 30th day of August, 2006.

                                         /s/    Patricia Ann Smith
                                        FINANCIAL DEPUTY