```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      HARRISON DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

V.                         NO. 06-30004

JOHNNY WILLIAM NEAL                                   DEFENDANT
```

**O R D E R**

Currently before the Court is Defendant's Application to Proceed Without Prepayment of Fees and Affidavit in support thereof. (Docs. 37.) Upon consideration of Defendant's financial affidavit, Defendant's application is hereby GRANTED.

IT IS SO ORDERED this 20th day of April 2007.

```
                              _____
                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
```